**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **SDG WARNER VILLAGE, LLC.,** ***et al.***, | : | Case No. 3:25-cv-00320 |
| Plaintiffs | : | Judge Michael J. Newman |
| v. | : | Magistrate Judge Caroline H. Gentry |
| **CITY OF CLAYTON, OHIO,** ***et al.***, | : | |
| Defendants. | : | |

## CONSENT DECREE

This matter is before the Court on the application of the Parties, Plaintiffs SDG Warner Village, LLC and Schnicke Development Group, LLC (together, "Plaintiffs"), and Defendants City of Clayton, Ohio and Clayton, Ohio City Council (together, the "City") (all collectively, "Parties") who advise through counsel that they have reached an agreement to resolve all pending claims in this action (the "Litigation") by and through this Consent Decree as proposed and agreed by the Parties. It is therefore **ORDERED, ADJUDGED, AND DECREED** as follows:

### I. Jurisdiction and Venue

1. The Court has jurisdiction over the Parties and the subject matter of this action. Venue is proper in this Court.

2. The Parties consent to the Court's continuing jurisdiction for purposes of interpretation and enforcement of this Consent Decree.

### II. Binding Effect

3. This Consent Decree applies to and is binding upon the Parties, their officials, officers, agents, employees, assigns, successors in interest and in office, and any person acting in concert

or in participation with them.

## III. Background

4. Plaintiffs filed the Litigation alleging that the City's decision to deny Plaintiffs' rezoning and preliminary development applications after previously approving them was unlawful.

5. The City denies any liability or wrongdoing for the causes of action asserted in the Litigation.

6. The Parties engaged in mediation sessions with Magistrate Judge Peter B. Silvain, Jr., and through continued negotiations, reached a settlement of all claims embodied in this Consent Decree.

7. The Parties' settlement includes the following stipulations and terms described below.

## IV. Stipulations and Settlement of the Parties

8. The Parties stipulate that, and by this Consent Decree, it is ordered that the Parties' complete settlement terms are set forth in the Settlement Terms (the "Settlement Terms"), which is attached as Exhibit 1 and incorporated by reference into this Consent Decree as though fully rewritten herein.

9. The Parties stipulate that, and by this Consent Decree, it is ordered that the Parties shall comply with all obligations set forth in the Settlement Terms, including, without limitation:

   a. The City's obligations concerning approvals related to Plaintiffs' residential development, the Development Agreement, and related financial mechanisms, as set forth in Section 1 of the Settlement Terms; and

   b. The City's commitments to cooperate in good faith and not unreasonably delay or withhold approvals relating to Plaintiffs' residential development.

10. The Settlement Terms may be modified only by written agreement signed by all Parties.

## V. Findings of the Court

11. The Court has reviewed the Parties' stipulations and settlement as set forth above, the pleadings and proceedings in this matter to date, and the Exhibits submitted by the Parties to this Court and finds that this Consent Decree and the Parties' settlement is fair and reasonable.

## VI. Retention of Jurisdiction

12. This case is hereby dismissed with prejudice, subject, however, to this Court retaining jurisdiction over this action for purposes of monitoring compliance with this Decree and entry of such further orders as may be necessary or appropriate.

**IT IS SO ORDERED.**

10/7/26
DATE

Michael Newman, USDJ
**MICHAEL J. NEWMAN, JUDGE**
**UNITED STATES DISTRICT COURT**

**AGREED:**

*s/ Joseph R. Miller*
Joseph R. Miller (0068463), *Trial Attorney*
Christopher L. Ingram (0086325)
Garrett M. Anderson (0100121)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Phone: (614) 464-6233
Fax: (614) 464-6233
jrmiller@vorys.com
clingram@vorys.com
gmanderson@vorys.com

*Counsel for Plaintiffs*
*SDG Warner Village, LLC and*
*Schnicke Development Group LLC*

*s/ Dawn M. Frick*
Dawn M. Frick (0069068)
Jeffrey C. Turner (0063154)
Justin R. Marks (0103811)
SURDYK, DOWD & TURNER CO., L.P.A.
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
Phone: (937) 222-2333
Fax: (937) 222-1970
dfrick@sdtlawyers.com
jturner@sdtlawyers.com
jmarks@sdtlawyers.com

*Counsel for Defendants City of Clayton, Ohio and Clayton, Ohio City Council*